FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 14  AM 7: 38

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRIS M. WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-1252** |
| **D.O.C., T.W. THOMAS AND STAFF** | **SECTION "B"(5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Harris M. Williams is **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 13th day of April, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____